Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc., | CASE NO. 1:09-cv-2195 OWW DLB |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ADELAIDO GONZALEZ and ARCELIA GONZALEZ, individually and d/b/a EDGARS ITALIAN RESTAURANT; ORDER THEREON |
| vs. | |
| Adelaido Gonzalez, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants ADELAIDO GONZALEZ and ARCELIA GONZALEZ, individually and d/b/a EDGARS ITALIAN RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against ADELAIDO GONZALEZ and ARCELIA GONZALEZ, individually and d/b/a EDGARS ITALIAN RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 5, 2010, the dismissal shall be deemed to be **with prejudice**.

STIPULATION OF DISMISSAL
CV 09-2195 OWW DLB
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 26, 2010          s/ Thomas P. Riley
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               JOE HAND PROMOTIONS, INC.


Dated: April 1, 2010           s/ Matthew A. Pare
                               **LAW OFFICE OF MATTHEW PARE**
                               By:  Matthew A. Pare
                               Attorneys for Defendants
                               ADELAIDO GONZALEZ and
                               ARCELIA GONZALEZ, individually and
                               d/b/a EDGARS ITALIAN RESTAURANT


IT IS SO ORDERED.

   Dated:   **April 2, 2010**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE